# Court of Appeals
# of the State of Georgia

ATLANTA, __May 27, 2026__

*The Court of Appeals hereby passes the following order:*

**A26E0200. EQUINE PROPERTIES OF GEORGIA, LLC v. KING.**

After due consideration of the limited materials before us, we hereby DENY Equine Properties of Georgia, LLC's emergency motion for supersedeas pending appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/27/2026_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*